<span style="text-align:center">DECIDED JULY 1, 1981.</span>

*James O. Wilson, Jr., John H. Oldfield,* for appellant.
*Spencer Lawton, Jr., District Attorney, Robert M. Hitch III, Assistant District Attorney, Arthur K. Bolton, Attorney General, Nicholas G. Dumich, Assistant Attorney General,* for appellee.

37261. BECK et al. v. FINE et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

<span style="text-align:center">DECIDED JUNE 16, 1981 —
REHEARING DENIED JULY 7, 1981.</span>

*B. Dean Grindle, Jr.,* for appellants.
*Robert L. Fine, Dillard & Wolfe, Gail C. Flake,* for appellees.